

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-16-00191-CV

| | | |
|---|---|---|
| Lynn Davis, Randy Green, and Patrick Rucker | § | From the 141st District Court |
| v. | § | of Tarrant County (141-285618-16) |
| Mount Gilead Baptist Church, Joyce Britt, Ernest Mackey, Patricia Williams, and Jannis Dilworth, Individually and as Representatives of the Church Members | § | August 25, 2016 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM